IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00422-REB-MJW

SUSAN SKAER,

Plaintiff(s),

v.

NATIONAL ACTION FINANCIAL SERVICES, INC.,

Defendant(s).

MINUTE ORDER
DN 6

    It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order, DN 6, filed with the Court on April 14, 2008, is GRANTED and the Protective Order is approved and made an Order of Court.

Date: April 14, 2008