**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-00422-REB-MJW

SUSAN SKAER,

    Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC., a Georgia corporation,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

This matter is before me on the following: (1) the plaintiff's **Motion for Attorneys Fees and Costs** [#13] filed May 14, 2008; and (2) the **Recommendation Regarding Plaintiff's Motion for Attorney Fees and Costs (Docket No. 13)** [#18] filed June 17, 2008. I approve and adopt the magistrate judge's recommendation, I grant the motion for attorney fees and costs in part, and I deny the motion in part.

None of the parties has filed objections to the magistrate judge's recommendation. Therefore, I am required only to review the recommendation for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). The recommendation is detailed and well-reasoned. Finding no error, much less plain error, in the magistrate judge's reasoning and recommended disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation Regarding Plaintiff's Motion for Attorney Fees and Costs (Docket No. 13)** [#18] filed June 17, 2008, is **APPROVED and ADOPTED** as an order of this court;

2. That the plaintiff's **Motion for Attorneys Fees and Costs** [#13] filed May 14, 2008, is **GRANTED** in part;

3. That under 15 U.S.C. § 1692k(a)(3), the plaintiff, Susan Skaer, is **AWARDED** attorney fees in the amount of $2,125 and costs in the amount of $435.00;

4. That under FED. R. CIV. P. 60(a), the Judgment [#12] filed April 30, 2008, is **AMENDED** to include the award of attorney fees in the amount of $2,125 and costs in the amount of $435.00, which amounts are in addition to the judgment in favor of the plaintiff and against the defendant, in the amount of $4,001.00, as specified in the Judgment [#12];

5. That the plaintiff's **Motion for Attorneys Fees and Costs** [#13] filed May 14, 2008, is **DENIED** otherwise.

Dated March 18, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

2